EDWARD C. BECHERER, Appellant, *v.* ELIZABETH V. BECHERER, Respondent.

*Husband and wife — cancellation — action by husband to cancel and set aside deeds of real property conveyed by him to his wife.*

*Becherer* v. *Becherer*, 219 App. Div. 814, affirmed.

(Argued December 6, 1927; decided January 10, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 8, 1927, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. The action was husband against wife to cancel and set aside two deeds of real property theretofore conveyed by him to her.

*Harry A. Gair* for appellant.

*Seymour Mork* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.